IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENT M. LARSON, | ) | 4:12CV3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON DEFENDANT'S UNOPPOSED |
| v. | ) | SECOND MOTION FOR EXTENSION OF |
| | ) | TIME TO RESPOND TO PLAINTIFF'S |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | BRIEF |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Defendant's Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 15, is granted;

2. the defendant shall on or before August 10, 2012, file and serve its answer brief;

3. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

Dated July 10, 2012.

BY THE COURT

_/s/ Warren K. Urbom_____

Warren K. Urbom
United States Senior District Judge